FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2020 NOV -5  AM 9: 35

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) CR 1 20 095 |
| | ) |
| | ) 8 U.S.C. § 1326(a) |
| GABRIEL SOLIS, | ) Re-entry After Removal/Deportation |
| a/k/a GABRIEL SOLIS-SOLIS | ) |
| | ) |
| | ) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Re-entry After Removal/Deportation*
8 U.S.C. § 1326(a)

On or about May 31, 2019 in Richmond County, within the Southern District of Georgia, the defendant,

### GABRIEL SOLIS,
### a/k/a GABRIEL SOLIS-SOLIS

being an alien previously excluded, deported, and removed from the United States, was found unlawfully in the United States in Richmond County, Georgia, without first having obtained the consent of the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to reapply for admission to the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a).

*Signatures on following page*

A True Bill.

_____
David H. Estes
First Assistant United States Attorney

_____
Alejandro V. Pascual IV
Assistant United States Attorney
Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division