# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION



CHANGE OF PLEA IN   USA V. GABRIEL SOLIS

CRIMINAL NO. CR120-095   AT AUGUSTA, GEORGIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT GABRIEL SOLIS, HAVING PREVIOUSLY ENTERED A PLEA OF NOT GUILTY, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF GUILTY TO COUNT ONE IN THE INDICTMENT.

THIS 9th DAY OF February, 2021.

NOLLE PROSSE AS
TO COUNT(S) _____

GABRIEL SOLIS  DEFENDANT

COUNSEL FOR DEFENDANT
ANDREW M. MAGRUDER